Order; Dissent by Judge
O’SCANNLAIN.
ORDER
Luis Mata-Fasardo has filed a petition for panel rehearing in this matter. Mata-Fasardo has had a long-term presence in the United States and has two United States citizen children. He does not appear to have any criminal convictions.
In light of ICE Director John Morton’s June 17, 2011 memo regarding prosecutorial discretion, and the November 17, 2011 follow-up memo providing guidance to ICE Attorneys, the government shall advise the court by March 19, 2012, whether the government intends to exercise prosecutorial discretion in this case and, if so, the effect, if any, of the exercise of such discretion on any action to be taken by this court with regard to Petitioner’s pending petition for rehearing.